/26/12  WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kat trans
Search Results: Displaying 1 of 1 entries





*Kat Translucence.*

            Type of Work: Motion Picture
Registration Number / Date: PA0001762073 / 2011-11-19
          Application Title: Kat Translucence.
                  Title: Kat Translucence.
            Description: Electronic file (eService)
    Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
            Date of Creation: 2009
         Date of Publication: 2009-11-20
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                  Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [Format for Print/Save] |
| Enter your email address:  [Email] |

# EXHIBIT A

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning
Search Results: Displaying 1 of 1 entries





*Megan Morning Bath.*

        Type of Work: Motion Picture
Registration Number / Date: PA0001762077 / 2011-11-18
        Application Title: Megan Morning Bath.
        Title: Megan Morning Bath.
        Description: Electronic file (eService)
        Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
        Date of Creation: 2010
        Date of Publication: 2010-02-12
        Nation of First Publication: United States
        Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
        Authorship: entire motion picture.
        Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [ ]  Format for Print/Save |
| Enter your email address:                                 Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful
Search Results: Displaying 1 of 1 entries





*Carlie Beautiful Blowjob.*

Type of Work: Motion Picture
Registration Number / Date: PA0001762079 / 2011-11-21
Application Title: Carlie Beautiful Blowjob.
Title: Carlie Beautiful Blowjob.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2010
Date of Publication: 2010-03-26
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   [Format for Print/Save] |
| Enter your email address:                          [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie leila
Search Results: Displaying 1 of 1 entries



*Carlie Leila Strawberries and Wine.*

            Type of Work: Motion Picture
Registration Number / Date: PA0001762081 / 2011-11-18
          Application Title: Carlie Leila Strawberries and Wine.
                    Title: Carlie Leila Strawberries and Wine.
              Description: Electronic file (eService)
    Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
       Date of Creation: 2010
   Date of Publication: 2010-05-07
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                      Authorship: entire motion picture.
                Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [Format for Print/Save] |
| Enter your email address:                                               [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

/26/12   WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries





*Mina's Fantasy.*

              **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762078 / 2011-11-23
          **Application Title:** Mina's Fantasy.
                    **Title:** Mina's Fantasy.
              **Description:** Electronic file (eService)
     **Copyright Claimant:** Malibu Media, LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
             **Date of Creation:** 2010
          **Date of Publication:** 2010-06-25
   **Nation of First Publication:** United States
  **Authorship on Application:** Malibu Media, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                   **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   [Format for Print/Save] |
| Enter your email address:   [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka
Search Results: Displaying 2 of 4 entries





*Katka Cum Like Crazy.*

         Type of Work: Motion Picture
Registration Number / Date: PA0001762074 / 2011-11-21
      Application Title: Katka Cum Like Crazy.
              Title: Katka Cum Like Crazy.
          Description: Electronic file (eService)
    Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
        Date of Creation: 2010
     Date of Publication: 2010-07-07
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                       Authorship: entire motion picture.
             Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ⬇  Format for Print/Save |
| Enter your email address:                                     Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl
Search Results: Displaying 1 of 1 entries



*Kristen Girl Next Door.*

              Type of Work: Motion Picture
Registration Number / Date: PA0001762076 / 2011-11-18
          Application Title: Kristen Girl Next Door.
                   Title: Kristen Girl Next Door.
              Description: Electronic file (eService)
     Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
           Date of Creation: 2010
         Date of Publication: 2010-08-25
  Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                  Names: Malibu Media LLC





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tori the
Search Results: Displaying 3 of 6 entries



*Tori The Endless Orgasm.*

             Type of Work: Motion Picture
Registration Number / Date: PA0001762082 / 2011-11-18
         Application Title: Tori The Endless Orgasm.
                   Title: Tori The Endless Orgasm.
              Description: Electronic file (eService)
     Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
           Date of Creation: 2010
       Date of Publication: 2010-10-20
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                           Authorship: entire motion picture.
                  Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [Format for Print/Save] |
| Enter your email address:  [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka sweet
Search Results: Displaying 1 of 1 entries



*Katka Sweet Surprise.*

Type of Work: Motion Picture
Registration Number / Date: PA0001762075 / 2011-11-18
Application Title: Katka Sweet Surprise.
Title: Katka Sweet Surprise.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2010
Date of Publication: 2010-08-04
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  Format for Print/Save |
| Enter your email address:                                  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila sex
Search Results: Displaying 1 of 1 entries



*Leila Sex On The Beach.*

- Type of Work: Motion Picture
- Registration Number / Date: PA0001762083 / 2011-11-21
- Application Title: Leila Sex On The Beach.
- Title: Leila Sex On The Beach.
- Description: Electronic file (eService)
- Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States.
- Date of Creation: 2010
- Date of Publication: 2010-12-22
- Nation of First Publication: United States
- Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [Format for Print/Save] |
| Enter your email address:  [Email] |

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

/26/12                                      WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teen
Search Results: Displaying 1 of 1 entries



*Tiffany Teenagers In Love.*

           Type of Work: Motion Picture
Registration Number / Date: PA0001762019 / 2011-11-20
        Application Title: Tiffany Teenagers In Love.
                Title: Tiffany Teenagers In Love.
          Description: Electronic file (eService) ·
    Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
      Date of Creation: 2010
   Date of Publication: 2010-12-29
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                      Authorship: entire motion picture.
               Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [ ]  Format for Print/Save |
| Enter your email address:                                 Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany SEX
Search Results: Displaying 1 of 1 entries



*Tiffany Sex with a Supermodel.*

              Type of Work: Motion Picture
Registration Number / Date: PA0001762022 / 2011-11-21
         Application Title: Tiffany Sex with a Supermodel.
                   Title: Tiffany Sex with a Supermodel.
             Description: Electronic file (eService)
     Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
           Date of Creation: 2011
        Date of Publication: 2011-02-23
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                           Authorship: entire motion picture.
                   Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [Format for Print/Save] |
| Enter your email address:                                [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = maryjane young
Search Results: Displaying 1 of 1 entries



*MaryJane Young Love.*

               Type of Work: Motion Picture
Registration Number / Date: PA0001762404 / 2011-11-23
           Application Title: MaryJane Young Love.
                   Title: MaryJane Young Love.
               Description: Electronic file (eService)
      Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
             Date of Creation: 2011
          Date of Publication: 2011-08-15
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                       Authorship: entire motion picture.
                 Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [▼]   Format for Print/Save |
| Enter your email address:                                    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

X-Art Siterip #2
Unregistered Titles

- Tiffany Faye After Sunset
- Capri The Day We Met
- Caprice Francesca Double the Pleasure
- Caprice Francesca Midnight Experience
- Caprice Fucking Perfection
- Caprice Gabriella Come to Me
- Caprice One Fine Day
- Caprice Sunshine The Spanish Garden
- Caprice Winter Blues
- Carla Girl in My Shower
- Carlie Angel
- Faye Prelude to an Orgy
- Francesca Caribbean Christmas
- Francesca Flesh for Fantasy
- Gabriella Siempre En Mi Corazon
- Hayden Pink and Tight
- Katka Mikah Tenderness
- Katka My Best Friends Boyfriend
- Katrina Watch Me Cum
- Leila Christian Sex with Passion
- Leila Faye Awesome Threesome
- Leila Naked in the Hot Sun
- Mary Show You My Love
- Mary Stolen Moment
- Shyla Naughty Angel
- Tatiana The Voyeur
- Tiffany Caprice Just Us Girls
- Tiffany Mutual Orgasm
- Annemarie More Than Ever
- Caprice Cathryn Once We Kiss
- Caprice Deep Inside
- Caprice Hot Bath
- Caprice Leila Tropical Fantasy
- Caprice Solitude
- Carlie Big Toy Orgasm
- Carlie Cum Closer
- Carlie Leila Intimo
- Carlie Misty Morning
- Carlie She Cums in Colors
- Carlie Sunset
- Cathryn Just for You

- Emma Daddy's Office
- Emma Pink Like Sugar
- Emma Private Tutor
- Eufrat After Party
- Eufrat In A Dream
- Francesca Angelic
- Francesca Breanne Girls With Glasses
- Francesca Capri Just The Two of Us
- Francesca Capri Malibu Daze
- Francesca Could Have Loved You
- Francesca Sunset in Malibu
- Georgia Francesca My Eden
- Gigi Girlfriends Back
- Hayden Gigi Play Time
- Kat 1969
- Katka Two Into One
- Kristen Pink on the Inside
- Leila Blue Dream
- Leila Francesca The Wetter The Better
- Lilly Angels Lips
- Lilly Sweet Dreams
- Marie Art of Anal Sex
- Marie Sexy Dance
- Mary If Only It Were You
- Mary Pure Passion
- Megan Bedtime Beauty
- Megan Dreaming of You
- Mia Love Sex Happiness
- Mina Beauty and the Beast
- Monique Love to Fuck
- Monique Playtime for Pussy
- Reina Patsy Girls Night
- Ruby Jennifer Wet and Wild
- Ruby Summer Love
- Sam Marie Ultimate Blowjob
- Sasha D Between the Sheets
- Silvie Erica Girlfriends
- Silvie Just Married
- Silvie Morning to Remember
- Silvie Perfect Lovers
- Silvie Self Pleasure
- Stacy Erica Her First Threesome
- Stacy Poolside Romp
- Star Summer Day

- Stevie Trouble
- Susie Cream Dream
- Tatiana Voyeur Part 2
- Tiffany Absolutely Gorgeous
- Tiffany Caprice Francesca Three in the Morning
- Tiffany Seaside Fantasy
- Tori Torrid Love
- Victoria Melanie Every Mans Desire
- Victoria More Than Just Friends